IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TYLER YARBERRY                                                      PLAINTIFF
#210868

v.                          No: 4:21-cv-1003-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF                                                               DEFENDANTS

## JUDGMENT

Yarberry's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

9 December 2021